*C. E. Roop, solicitor,* contra.

---

6700.  THOMAS *v.* MAYOR AND COUNCIL OF CARROLLTON.

BROYLES, J.  The evidence authorized the judgment of the mayor, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Certiorari; from Carroll superior court—Judge Freeman.  May 19, 1915.

*S. C. Boykin,* for plaintiff in error.

*H. C. Strickland,* contra.